UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  06-60024-CIV-MARTINEZ-BANDSTRA**

SCOTT LICHTY, on his own behalf and others
similarly situated,

    Plaintiff,

vs.

SAFE LAND SECURITY SERVICES, INC., a
Florida Corporation,

    Defendant.
_____/

**ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION
OF MEDIATION DEADLINE**

THIS CAUSE came before the Court upon the parties' Joint Motion for Extension of Mediation Deadline **(D.E. No. 34)**, filed on <u>December 22, 2006</u>.  The Court has carefully considered the motion and is otherwise duly advised.  It is hereby:

**ORDERED AND ADJUDGED** that

1. The parties' Joint Motion for Extension of Mediation Deadline **(D.E. No. 34)** is **GRANTED**.

2. The parties shall complete mediation on or before **<u>Friday, January 12, 2007</u>**.

3.  The parties shall notify the Court of the results of the mediation telephonically by calling (305) 523-5592 on or before **<u>Monday, January 15, 2007 at 12:00 p.m.</u>**

4. All other pertinent deadlines, which are established in this Court's Trial Setting Order (D.E. No. 16), issued on June 29, 2006, remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of January, 2007.

                                                                                                 _____
                                                                                                 JOSE E. MARTINEZ
                                                                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record